**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

                                                                                 Case No.8:11-bk-00750-CPM
                                                                                 Chapter 13

Rolando M. Ferrer

       Debtor(s)
_____/

**ORDER DISMISSING CONFIRMED CHAPTER 13**
**CASE FOR FAILURE TO MAKE PLAN PAYMENTS**
(EFFECTIVE DATE OF THIS ORDER IS 14 DAYS FROM THE DATE OF ENTRY)

       THIS CASE came on for consideration for the purpose of entering an appropriate order in this case. The Court, having reviewed the record, finds that an Order on Trustee's Motion to Dismiss for Failure to Make Payments and Granting Period to Cure was entered on November 5, 2013 (Doc. #50) for the reason of the Debtor's delinquency in payments to the Trustee. The Court has been advised that the Debtor failed to comply with said Order. Therefore, it is

       **ORDERED** as follows:

       1.     The Trustee's Motion to Dismiss is now hereby GRANTED AND this case be and the same hereby is DISMISSED without prejudice.

       2.     That any party in interest may request the Court to examine the fees paid to the attorney for the Chapter 13 Debtor, by filing a motion to examine attorney's fees within ten (10) days from the date of the entry of this Order.

       3.     The Trustee shall first disburse all Trust Fund monies held as adequate protection, as provided for in paragraph 6(e) of the Order Establishing Duties of Debtor et seq., entered in this case to those secured creditors provided for in the Debtor's proposed Chapter 13 Plan and to administrative expense holders. The Trustee shall disburse the Trust Fund monies to the secured creditors either in the amount due or, in the event Trust Fund monies prove insufficient, pro rata. These monies shall be paid

pursuant to the creditor's proof of claim or, in the event a claim was not previously filed, pursuant to the terms of the proposed Plan.

4. The Trustee shall disburse to creditors any monies not previously disbursed and file his final report and upon filing of same, shall be discharged of his duties as Trustee.

5. The Trustee shall deduct from said monies his normal percentage thereof as necessary costs and expenses from sums collected pursuant to 11 U.S.C. §1326 (a) (2), together with any fee, charge or amount required under 28 U.S.C. §123.

6. The effective date of this Order is delayed 14 days to permit the Debtor to convert this case to another chapter under the Bankruptcy Code if the Debtor wishes to do so.

7. All pending hearings are hereby canceled, except for any Order to Show Cause hearings the Court has set.

**DONE** AND **ORDERED** on _____November 26, 2013_____

_____
Catherine Peek McEwen
United States Bankruptcy Judge

Chapter 13 Trustee, Jon M. Waage is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.

JMW/kja                                                  C13T 11/22/13