**BK Attorney Services, LLC**
PO Box 4590
Pasco, WA 99302

# CERTIFICATE OF SERVICE

DATE RECEIVED: Nov 26 2013        TIME RECEIVED: 12:29PM        TOTAL SERVED: 28

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

IN RE:  Rolando M. Ferrer                              CASE NO: 11-00750-CPM

**CERTIFICATE OF SERVICE**

Attorney/Trustee:    Jon M. Waage
Address:             PO Box 25001
                     Bradenton, FL 34206-5001
Phone:               941-747-4644

On 11/27/2013, a copy of the following documents, described below,

  Order Dismissing   - Doc. No. 52

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/27/2013

/s/ Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Chapter 13 Trustee
Jon M. Waage
PO Box 25001
Bradenton, FL 34206-5001

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>113A-8<br>CASE 8-11-BK-00750-CPM<br>MIDDLE DISTRICT OF FLORIDA<br>TAMPA<br>TUE NOV 26 16-15-55 EST 2013 | B-LINE LLC<br>P.O. BOX 91121<br>DEPT. 550<br>SEATTLE WA 98111-9221 | BACK BOWL I L.L.C.<br>CO WEINSTEIN & RILEY PS<br>2001 WESTERN AVENUE<br>SUITE 400<br>SEATTLE WA 98121-3132 |
| CR EVERGREEN II LLC<br>MS 550<br>PO BOX 91121<br>SEATTLE WA 98111-9221 | CAPITAL ONE N.A.<br>BASS & ASSOCIATES P.C.<br>3936 E. FT. LOWELL ROAD SUITE #200<br>TUCSON AZ 85712-1083 | EAST BAY FUNDING LLC<br>CO RESURGENT CAPITAL SERVICES<br>PO BOX 288<br>GREENVILLE SC 29602-0288 |
| ROLANDO M. FERRER<br>PO BOX 55085<br>SAINT PETERSBURG FL 33732-5085 | HSBC BANK NEVADA N.A.<br>BASS & ASSOCIATES P.C.<br>CO PATTI H BASS<br>3936 E. FT. LOWELL ROAD SUITE #200<br>TUCSON AZ 85712-1083 | ~~CATHERINE PEEK MCEWEN~~<br>~~TAMPA~~ |
| PRA RECEIVABLES MANAGEMENT LLC<br>POB 41067<br>NORFOLK VA 23541-1067 | B-LINE LLC<br>ATTN- STEVEN KANE<br>P. O. BOX 91121 DEPT. 550<br>SEATTLE WA 98111-9221 | BACK BOWL I L.L.C.<br>CO WEINSTEIN & RILEY P.S.<br>2001 WESTERN AVE. STE. 400<br>SEATTLE WA 98121-3132 |
| BANK OF AMERICA<br>PO BOX 851001<br>DALLAS TX 75285-1001 | CAPITAL ONE N.A.<br>CO BASS & ASSOCIATES P.C.<br>3936 E. FT. LOWELL ROAD SUITE #200<br>TUCSON AZ 85712-1083 | CHASE<br>PO BOX 15153<br>WILMINGTON DE 19886-5153 |
| CHASE<br>PO BOX 33035<br>LOUISVILLE KY 40232-3035 | CHASE BANK USA N.A.<br>PO BOX 15145<br>WILMINGTON DE 19850-5145 | DEPARTMENT OF REVENUE<br>PO BOX 6668<br>TALLAHASSEE FL 32314-6668 |
| FIA CARD SERVICES NA AS SUCCESSOR IN<br>BANK OF AMERICA NA AND MBNA AMERICA<br>1000 SAMOSET DRIVE<br>DE5-023-03-03<br>NEWARK DE 19713-6000 | HSBC<br>PO BOX 5238<br>CAROL STREAM IL 60197-5238 | HSBC BANK NEVADA N.A.<br>BASS & ASSOCIATES P.C.<br>3936 E. FT. LOWELL RD. SUITE #200<br>TUCSON AZ 85712-1083 |
| HSBC BANK NEVADA N.A.<br>BASS & ASSOCIATES P.C.<br>3936 E. FT. LOWELL ROAD SUITE 200<br>TUCSON AZ 85712-1083 | INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA PA 19101-7346 | JPMORGAN CHASE BANK N.A.<br>ATTN- SHIRLEY A. WHITE<br>FLOOR 17 AZ1-1004<br>201 NORTH CENTRAL AVENUE<br>PHOENIX AZ 85004-1000 |
| NES<br>29125 SOLON RD.<br>SOLON OH 44139-3442 | OFFICE OF US ATTORNEY<br>ATTN CIVIL PROCESS CLERK1<br>400 NORTH TAMPA ST SUITE 3200<br>TAMPA FL 33602-4774 | PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |

RUDEN MCCLOSKY
200 EAST BROWARD BLVD.
FORT LAUDERDALE FL 33301-1874

SPRINT
CO ENHANCED RECOVERY
8014 BAY BERRY RD.
JACKSONVILLE FL 32256-7412

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

~~JAY M. WELLER +~~
~~WELLER LEGAL GROUP INC.~~
~~25400 US HIGHWAY 19 NORTH SUITE 245~~
~~CLEARWATER FL 33763-2190~~

~~JON WAAGE +~~
~~P O BOX 25001~~
~~BRADENTON FL 34206-5001~~

~~RICHARD S. RALSTON +~~
~~WEINSTEIN & RILEY P.S.~~
~~2001 WESTERN AVENUE SUITE 400~~
~~SEATTLE WA 98121-3132~~

~~LINH K TRAN +~~
~~D LINE LLC~~
~~2101 FOURTH AVENUE SUITE 1030~~
~~SEATTLE WA 98121-2317~~

~~NOTE- ENTRIES WITH A □+□ AT THE END OF~~
~~NAME HAVE AN EMAIL ADDRESS ON FILE IN~~